# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| | |
|---|---|
| **Case No.:** 21-50511 | **Trustee Name:** (530480) Brian R. Anderson |
| **Case Name:** JEREMIAH 2911, LLC | **Date Filed (f) or Converted (c):** 08/10/2021 (f) |
| | **§ 341(a) Meeting Date:** 09/17/2021 |
| **For Period Ending:** 09/30/2022 | **Claims Bar Date:** 11/25/2021 |

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Cash on hand | 250.00 | 250.00 | | 496.13 | FA | 0.00 | 0.00 |
| 2 | Pinnacle Bank | 3,682.56 | 3,682.56 | | 575.76 | FA | 0.00 | 0.00 |
| 3 | Pinnacle Bank | 2.19 | 2.19 | | 2.19 | FA | 0.00 | 0.00 |
| 4 | A/R 90 days old or less. Face amount = $0.00. Doubtful/Uncollectible accounts = $0.00. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5* | Other inventory or supplies: Clothing, Jewelry, Shoes, Homegoods and outdoor goods, 7/28/2021, Net Book Value: $12,300.00, Valuation Method: Replacement (See Footnote) | 12,300.00 | 12,300.00 | | 7,500.00 | FA | 0.00 | 0.00 |
| 6* | Furniture and Fixtures. Valuation Method: Liquidation (See Footnote) | 2,000.00 | 0.00 | | 0.00 | 2,000.00 | 302,200.00 | 0.00 |
| 7 | Ice Machine, Beer cooler, 2 door glass fridge, stainless steel tables, resturaunt dishes, flat top grill, walk in cooler, walk in freezer. POS Toast ShopKeep system Apparel Steamer Ipad. Valuation Method: Replacement | 4,500.00 | 4,500.00 | | 0.00 | 4,500.00 | 0.00 | 0.00 |
| 8 | Business Property and two vacant lots, all secured by same deed of trust. 805 West Main Street Locust, NC 28097 FMV based on purchase price; however, real estate value may have appreciated since purchase., 100%, Valuation Method: Recent cost | 459,961.00 | 0.00 | | 475,000.00 | FA | 900,000.00 | 0.00 |
| 9 | Energy Refund - Yadkin Propane | 1,469.02 | 1,469.02 | | 1,469.02 | FA | 0.00 | 0.00 |
| 10 | Earnest money deposit from Randazzo from termination of sale of real property of 805 W. Main Street, Locust NC (sale fell through) Earnest money deposit from Randazzo from termination of sale of real property located at 805 W. Main Street, Locust NC | 1,000.00 | 1,000.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| 11 | VOID Duplication created in error. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Refund of Insurance Premium (u) Trustee paid insurance premiums to continue insurance coverage after bankruptcy filing. Funds represent refund after cancellation to the carrier upon sale of property. | 186.00 | 186.00 | | 186.00 | FA | 0.00 | 0.00 |
| **12** | **Assets Totals (Excluding unknown values)** | **$485,350.77** | **$23,389.77** | | **$486,229.10** | **$6,500.00** | **$1,202,200.00** | **$0.00** |

RE PROP# 5    SBA lien for $302,200 is a blanket UCC filing against all intangible personal property of business.

RE PROP# 6    SBA lien for $302,200 is a blanket UCC filing against all intangible personal property of business.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 21-50511  
**Case Name:** JEREMIAH 2911, LLC

**Trustee Name:** (530480) Brian R. Anderson  
**Date Filed (f) or Converted (c):** 08/10/2021 (f)  
**§ 341(a) Meeting Date:** 09/17/2021

**For Period Ending:** 09/30/2022

**Claims Bar Date:** 11/25/2021

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

    5th QSR. RE sold. Preparing TFR and Final Fee Application.

    *Bank account opened

**Initial Projected Date Of Final Report (TFR):** 08/30/2022      **Current Projected Date Of Final Report (TFR):** 02/28/2023

| 10/07/2022 | /s/Brian R. Anderson |
|---|---|
| Date | Brian R. Anderson |

Copy Served On: Mr. William P. Miller  
                    Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-50511 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | JEREMIAH 2911, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9903 | Account #: | ******2117 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/24/21 | {1} | JEREMIAH 2911, LLC | Debtor turned over all cash on hand | 1129-000 | 496.13 | | 496.13 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 491.13 |
| 09/13/21 | {2} | Jeremiah 2911, LLC | Funds from closure of bank accounts with Pinnacle Bank | 1129-000 | 575.76 | | 1,066.89 |
| 09/20/21 | {3} | Jeremiah 2911 LLC | Funds from closure of bank account with Pinnacle Bank | 1129-000 | 2.19 | | 1,069.08 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,064.08 |
| 10/19/21 | {5} | Jason L. and Shelly H. Lowder | Per Order Authorizing Private Sale of Personal Property Free and Clear of Liens (DE 27 entered 10/19/21) | 1129-000 | 7,500.00 | | 8,564.08 |
| 10/24/21 | 101 | U.S. Small Business Administration | Proceeds from private sale of tangible personal property/non-fixtures (after 20% carve out to estate) per Order 10/19/21, Dkt 27 | 4110-000 | | 6,000.00 | 2,564.08 |
| 10/26/21 | {9} | Tariff Affiliates, Inc. | Energy refund from Yadkin Propane, account no.1804760. D mailed check to Trustee on October 21, 2021. | 1129-000 | 1,469.02 | | 4,033.10 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.81 | 4,027.29 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.40 | 4,016.89 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.65 | 4,010.24 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.21 | 4,004.03 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.98 | 3,998.05 |
| 03/24/22 | {10} | C.J. Robinson, P.A. Trust Account | Earnest money from Massimo Randazzo (buyer) for the termination of contract on the agreement to purchase real property located at 805 W. Main Street, Locust NC | 1129-000 | 1,000.00 | | 4,998.05 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.42 | 4,990.63 |
| 04/12/22 | {8} | Mr. Storage | Earnest money payment per Motion to Sell 805 W. Main Street, Locust NC filed 4/1/22, DE 57 | 1110-000 | 5,000.00 | | 9,990.63 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.27 | 9,978.36 |
| 05/24/22 | | Hartsell & Williams P.A. | Closing proceeds from sale of 805 W. Main Street plus 2 vacant lots in Locust NC 28097 | | 102,512.20 | | 112,490.56 |
| | {8} | | Sale of Real Property $470,000.00 | 1110-000 | | | |
| | | Stanly County Tax Collector | Post petition 2021 real property county taxes -$5,867.85 | 2820-000 | | | |
| | | Stanly County Tax Collector | Post petition 2021 personal property taxes -$1,239.24 | 2820-000 | | | |

Page Subtotals: $118,555.30   $6,064.74

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 21-50511 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | JEREMIAH 2911, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9903 | Account #: | ******2117 Checking |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | City Wide Exterminating | Extermination services   -$574.00 | 2500-000 | | | |
| | | North Carolina Register of Deeds | State Tax Stamps/ Revenue Stamps   -$950.00 | 2500-000 | | | |
| | | Hartsell & Williams PA | Settlement / Closing Fee   -$25.00 | 2500-000 | | | |
| | | Stanly County Tax Collector | Post petition county taxes for period 1/1/22 - 5/21/22   -$2,143.51 | 2820-000 | | | |
| | | J. Godwin Realty | Real estate commission   -$11,875.00 | 2500-000 | | | |
| | | GinPark Properties, LLC | Payoff to Mortgage Lender   -$344,813.20 | 4110-000 | | | |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.88 | 112,458.68 |
| 06/15/22 | 102 | GinPark Properties LLC | Attorney Fees per Order Approving Compromise and Settlement ent 6.15.22, Dk #73 | 3991-000 | | 20,000.00 | 92,458.68 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 196.13 | 92,262.55 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.94 | 92,119.61 |
| 08/05/22 | {12} | INSURANCE A INC | Refund of Unused Insurance Premium paid by Trustee to continue coverage until sale of property | 1290-000 | 186.00 | | 92,305.61 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 162.66 | 92,142.95 |
| 09/06/22 | 103 | North Carolina Dept of Revenue | 2021 Franchise Taxes Voided on 09/06/2022 | 2820-004 | | 200.00 | 91,942.95 |
| 09/06/22 | 103 | North Carolina Dept of Revenue | 2021 Franchise Taxes Voided: check issued on 09/06/2022 | 2820-004 | | -200.00 | 92,142.95 |
| 09/08/22 | 104 | North Carolina Dept of Revenue | 2021 Franchise Tax - $200 taxes, $60 penalty and $3.72 interest | 2820-000 | | 263.72 | 91,879.23 |
| 09/14/22 | 105 | Edward P. Bowers | Accountant Fees - Invoice #I-566, Order approving entered 9/13/22 DE 85 | 3410-000 | | 1,707.55 | 90,171.68 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 147.25 | 90,024.43 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 9 | Deposits | 118,741.30 | 5 | Checks | 27,971.27 |
| 0 | Interest Postings | 0.00 | 14 | Adjustments Out | 745.60 |
| | Subtotal | 118,741.30 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 28,716.87 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 118,741.30 | | | |

Page Subtotals:  $186.00    $22,652.13

{ } Asset Reference(s)                                                                                      ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| | | | |
|---|---|---|---|
| **Case No.:** | 21-50511 | **Trustee Name:** | Brian R. Anderson (530480) |
| **Case Name:** | JEREMIAH 2911, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9903 | **Account #:** | ******2117 Checking |
| **For Period Ending:** | 09/30/2022 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $118,741.30 |
| Plus Gross Adjustments: | $367,487.80 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $486,229.10 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2117 Checking | $118,741.30 | $28,716.87 | $90,024.43 |
| | **$118,741.30** | **$28,716.87** | **$90,024.43** |

10/07/2022
Date

/s/Brian R. Anderson
Brian R. Anderson